**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Zeke Graf

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEKE GRAF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MATCH.COM, L.L.C.,<br><br>Defendant. | **Case No.:** CV15-2913 PA (MRWx)<br><br>**PLAINTIFF ZEKE GRAF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (A)**<br><br>**HON. PERCY ANDERSON** |

///
///
///
///

**PLAINTIFF ZEKE GRAF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)**

Plaintiff ZEKE GRAF ("Plaintiff") hereby moves to dismiss this action without prejudice.

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.  Each Party to bear its own attorneys' fees and costs.

Date: April 22, 2015                                    **KAZEROUNI LAW GROUP, APC**


By:   ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF, ZEKE GRAF