JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZEKE GRAF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**MATCH.COM, L.L.C.,**<br><br>Defendant. | Case No.: CV15-2913 PA (MRWx)<br><br>**ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**HON. PERCY ANDERSON** |

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 22, 2015

JS-6

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

---

[PROPOSED] ORDER                                    CV15-2913 PA (MRWx)